JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY BOTLEY, <br><br> Plaintiff, <br><br> vs. <br><br> E. VALENZUELA, WARDEN, ET AL, <br><br> Defendants. | Case No. CV 14-07427-JFW (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 24, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1